EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jane Hoffmann Mouriño | 2007 TSPR 158 <br><br> 172 DPR _____ |

Número del Caso: TS-6150
              Ref. CP-2005-9


Fecha: 24 de agosto de 2007


Abogado de la Parte Peticionaria:


                    Lcdo. Osvaldo Toledo Martínez


Oficina de Inspección de Notarías:


                    Lcda. Marla D. Ríos Díaz




Materia: Reinstalación al ejercicio de la abogacía solamente.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Jane Hoffmann Mouriño

TS-6150

Ref. CP-2005-9

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Fuster Berlingeri y el Juez Asociado señor Rivera Pérez.

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de agosto de 2007.

A la moción solicitando readmisión al ejercicio de la abogacía y notaría presentada en este caso por la Sra. Jane Hoffman Mouriño, no ha lugar. Efectivo el 5 de septiembre de 2007 la señora Hoffman Mouriño quedará reinstalada a la **abogacía solamente**.

No se considerará la reinstalación a la notaría hasta tanto corrija los defectos señalados en el Informe de la Oficina de Inspección de Notarías y entregue las Escrituras allí identificadas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo